**Order entered November 29, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00702-CV

## KAMILAH TODD, Appellant

## V.

## SOUTHERN METHODIST UNIVERSITY AND GRETA A. DAVIS, AN INDIVIDUAL, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-11705**

## ORDER

We **GRANT** appellant's November 22, 2022 Unopposed Motion to Extend Time to File Appellant's Motion for Rehearing and/or Motion for En Banc Reconsideration, such that her motion for rehearing or en banc reconsideration, if any, must be filed on or before **December 14, 2022**.

/s/    DAVID J. SCHENCK
         JUSTICE